| | | |
|---|---|---|
| JD's Towing & Battery Ctr., Inc., Matter of, v New York State Dept. of Motor Veh. | 2d Dept: 147 AD3d 835 | denied |
| Kevin A.B., Matter of (Deasia R.) | 4th Dept: 142 AD3d 1309 | denied |
| Kieffer, Matter of, v DeFrain | 4th Dept: 147 AD3d 1539 | denied |
| Louisias, Matter of, v Venettozzi | 3d Dept: 147 AD3d 1126 | denied* |
| Mears, Matter of, v Andrias | 2d Dept: 147 AD3d 1064 | denied |
| Monroe Equities, LLC v State of New York | 2d Dept: 145 AD3d 680 | denied |
| Moore, Matter of, v State of N.Y. Grievance Comm. for the Second, Eleventh, & Thirteenth Jud. Dists. | 2d Dept: 148 AD3d 811 | denied* |
| New York Ins. Assn., Inc. v State of New York | 3d Dept: 145 AD3d 80 | denied |
| People v Bryant | 1st Dept: 147 AD3d 412 | denied |
| People v Fuentes | 2d Dept: 148 AD3d 734 | denied* |
| People v Gordon | 2d Dept: 147 AD3d 988 | denied* |
| People v Price | 2d Dept: 148 AD3d 847 | denied* |
| People v Shepard | 2d Dept: 147 AD3d 1091 | denied* |
| People v Sweat | 2d Dept: 147 AD3d 802 | denied |
| Plainview-Old Bethpage Congress of Teachers, Matter of, v New York State Health Ins. Plan | 3d Dept: 140 AD3d 1329 | denied |
| Ronell L.L., Matter of (Ronald L.) | 2d Dept: 148 AD3d 914 (Proceeding No. 2) | denied |
| Roniyah L.L., Matter of (Ronald L.) | 2d Dept: 148 AD3d 914 (Proceeding No. 3) | denied |
| Roslyn Teachers Assn., Matter of, v New York State Health Ins. Plan | 3d Dept: 140 AD3d 1332 | denied |
| Sebastian Holdings, Inc. v Deutsche Bank, AG | 1st Dept: 147 AD3d 706 | denied |
| Smith, Matter of, v Venettozzi | 3d Dept: 145 AD3d 1277 | denied* |
| State of New York, Matter of, v Avon L. | 2d Dept: 147 AD3d 1067 | denied |
| U.S. Bank N.A. v DLJ Mtge. Capital, Inc. | 1st Dept: 141 AD3d 431 | granted |
| VFP Invs. I LLC v Foot Locker, Inc. | 1st Dept: 147 AD3d 491 | denied |
| Watson, Matter of, v Kaplan | 1st Dept: 145 AD3d 561 | denied |
| Wilson v Poughkeepsie City Sch. Dist. | 2d Dept: 147 AD3d 1112 | denied |

---

* Motion for poor person relief dismissed as academic or denied.